FILED
CHARLOTTE, NC
SEP 1 4 2018
US District Court
tern District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:18MJ309 |
| vs. ) | ORDER |
| MATERIAL WITNESS ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Motion, Affidavit, the Motion to Seal and this Order be sealed to protect the victim's right to privacy per 18 U.S.C. §3771 and to prevent the victim/witness from learning of the existence of the arrest warrant until further order of this court,

**IT IS HEREBY ORDERED** that the Motion, Affidavit, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 14th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE