FILED
CHARLOTTE, NC

SEP 14 2018

US District Court
Western District of NC

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:18 MJ 309 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| MATERIAL WITNESS | ) | |

THIS MATTER coming before this Court upon Motion of the United States for the issuance of an arrest warrant for a material witness, the Court finds:

Based upon the Government's Motion and the attached Affidavit, the Court finds that Kathryn Heffernan should be arrested and held as a material witness. The Court, therefore, will order the Clerk to issue a warrant for Heffernan's arrest.

NOW, THEREFORE, IT IS ORDERED THAT:

1.      The Clerk of Court issue a warrant for Heffernan's arrest and attach a certified copy of this Order to the arrest warrant; and

2.      Upon Heffernan's arrest, she be held as a material witness pending trial of Defendant Xaver Boston, 3:18CR95—RJC.

The Clerk is directed to certify copies of this Order to   defense counsel for the material witness and the United States Attorney.

SO ORDERED, this 14th day of September, 2018.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE